AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Rekea Phillips,<br>*Plaintiff*<br>v.<br>Peoria Hospitality, LLC,<br>*Defendant* | )<br>)<br>) Civil Action No. 23-cv-1381<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the **plaintiff** *(name)* Rekea Phillips recover from the **defendant** *(name)* Peoria Hospitality, LLC

The amount of $52,156.59 plus post-judgment interest

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: _____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge James E. Shadid on a motion for Default Judgment.

Date: 1/29/2024

s/JES

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*